| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 08CR04133-001-BTM |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:13-00141-01 |

| NAME AND ADDRESS OF | DISTRICT | DIVISION |
|---|---|---|
| Geoffrey Tarbuck<br>101 Spadeleaf Blvd, #1125<br>Hendersonville, TN 37075 | Southern California | San Diego |
| | NAME OF SENTENCING JUDGE<br>Barry Ted Moskowitz<br>Chief U.S. District Judge | |
| | DATES OF<br><br>Supervised Release | FROM<br><br>11/02/2012 | TO<br><br>11/01/2014 |

OFFENSE

8 U.S.C. § 1324(a)(1)(A)(ii), Transportation of an Illegal Alien

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the MD/TN upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Date July 17, 2013

Barry Ted Moskowitz
Chief U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MD/TN

IT IS HEREBY ORDERED that jurisdiction over the above-named be accepted and assumed by this Court from and after the entry of this order.

Effective Date 8-9-13

United States District Judge